THOMAS B. DIXON v. WESTERN UNION TELEGRAPH COMPANY and Others. — Motion denied, with ten dollars costs.   Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.